UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KIYON MARQUYSE GARRETT,

                                        **INDICTMENT**

        Defendant.

_____/

    The Grand Jury charges:

## COUNT 1
(Distribution of Cocaine)

On or about January 7, 2026, in Calhoun County, in the Southern Division of

the Western District of Michigan, the Defendant,

**KIYON MARQUYSE GARRETT,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Distribution of Cocaine)

On or about January 28, 2026, in Calhoun County, in the Southern Division

of the Western District of Michigan, the Defendant,

**KIYON MARQUYSE GARRETT,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
(Distribution of Cocaine)

On or about February 19, 2026, in Calhoun County, in the Southern Division

of the Western District of Michigan, the Defendant,

## KIYON MARQUYSE GARRETT,

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 4
(Distribution of Cocaine)

On or about February 22, 2026, in Calhoun County, in the Southern Division

of the Western District of Michigan, the Defendant,

**KIYON MARQUYSE GARRETT,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 5
(Possession with Intent to Distribute Controlled Substances)

On or about February 24, 2026, in Calhoun County, in the Southern Division of the Western District of Michigan, the Defendant,

**KIYON MARQUYSE GARRETT,**

knowingly and intentionally possessed with the intent to distribute controlled substances, including cocaine, cocaine base ("crack"), and fentanyl – N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide – Schedule II controlled substances.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 6
(Felon in Possession of a Firearm)

On or about February 24, 2026, in Calhoun County, in the Southern Division of the Western District of Michigan, the Defendant,

**KIYON MARQUYSE GARRETT,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, a loaded Glock 43 9mm handgun bearing serial number BEDW872, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## **FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in Count 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as charged in Count 6 of this Indictment, the Defendant,

**KIYON MARQUYSE GARRETT,**

shall forfeit to the United States any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, a Glock 43 9mm handgun bearing serial number BEDW872 and all associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
STEPHANIE M. CAROWAN
Assistant United States Attorney